TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:12-cr-00862-YGR |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO EXCLUDE TIME |
| | ) | |
| BRIAN FEDERICO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are set to appear on April 4, 2013 at 2:00 p.m. for status.  At the last status conference on March 21, 2013, Defense counsel was provided additional discovery consisting of 2,199 documents and three recordings of telephone conversations involving the defendant.  Based on the number of items discovered, Defense counsel needs additional time to determine whether additional discovery is required prior to the change of plea/trial setting hearing scheduled for May 2, 2013 at 2:00 p.m.  Based on the foregoing, the parties request that the status

///

///

///

///

///

///

///

1   conference scheduled for April 4, 2013 at 2:00 p.m. be continued to April 11, 2013 at 2:00 p.m.

2

3   IT IS SO STIPULATED.

4                                                     Respectfully Submitted,

                                                      TIM F. TUITAVUKI
5                                                     Attorney at Law

6                                                     _____/s/_____
    Dated:  April 2, 2013                             TIM F. TUITAVUKI
7                                                     Attorney for Brian Federico

8
                                                      _____/s/_____
9   Dated:  April 2, 2013                             STEPHEN G. CORRIGAN
                                                      Assistant U.S. Attorney
10

11  IT IS SO ORDERED.

12

13  DATE:  April 2, 2013                              _____
                                                      YVONNE GONZALEZ ROGERS
14                                                    United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28