UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Date: May 2, 2013                    JUDGE: Yvonne Gonzalez Rogers

Case No: CR-12-00862-YGR             Time: 2:41pm-2:50pm

Case Name:    United States   v. Brian Federico [present ; on bond]
                              Kevin Laney [present ; on bond]
                              Brandon Hourmouzus [present ;on bond]
                              Charles Burnette [present ;on bond]

**Attorney for Plaintiff/AUSA:** Brian Lewis

**Attorney for Defendant:**    Deft Federico: Russell Humphrey for Tim Tuitavuki
                               Deft Laney: Russell Humphrey
                               Deft Hourmouzus: Tim Pori
                               Deft Burnette: Anne Beles

Deputy Clerk: Frances Stone         Court Reporter: Raynee Mercado
Interpreter:                        Probation Officer:

**PROCEEDINGS**

**STATUS/TRIAL SETTING-HELD**

**CASE CONTINUED TO:** Specially Set Criminal Calendar on Wednesday, 6/12/13 at 2:00pm for Change of Pleas or Trial Setting

-------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Category  Begins 5/2/13 Ends 6/12/13**
-------------------------------------------------------------------------------------------------------