TIM F. TUITAVUKI SBN212886
LAW OFFICE OF TIM F. TUITAVUKI
215 N. SAN JOAQUIN STREET
STOCKTON, CA  95202
TEL. (209)476-1590
FAX. (209)476-1549

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO.  4:12-cr-00862-YGR |
|                                  ) | |
|             Plaintiff,           ) | |
|                                  ) | STIPULATION AND [PROPOSED] |
|     v.                           ) | ORDER TO EXCLUDE TIME |
|                                  ) |  AND CONTINUE HEARING DATE |
| MIGUEL IBARRIA                   ) | |
| BRIAN FEDERICO                   ) | |
| KEVIN LANEY                      ) | |
| BRANDON HOURMOUZUS               ) | |
| CHARLES BURNETT,                 ) | |
|                                  ) | |
|             Defendants.          ) | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendants, by and through their counsel of record, hereby stipulate as follows:

1. The parties are set to appear on June 12, 2013 at 2:00 p.m. for status.  At the status conference on April 11, 2013, I provided a discovery request to Mr. Corrigan for additional information needed to prepare Mr. Federico's defense and the matter was continued to May 2, 2013, by stipulation and order.

2. On May 2, 2013, Assistant United States Attorney, Brian C. Lewis appeared and is now handling this case as former AUSA, Stephen G. Corrigan, retired.

3. On May 24, 2013, I met with Mr. Lewis to discuss this case and the discovery request. Mr. Lewis is in the process of obtaining the records requested. The information requested will not be ready by the date of the status conference scheduled for June 12, 2013. Even if it was received by that date, it is not sufficient time for me to review those documents to be ready to proceed on June 12, 2013.

4. By this stipulation, the defendants now move to continue the status conference until July 25, 2013, and to exclude time between June 12, 2013 to July 25, 2013. The Government does not oppose this request.

5. Counsel for the defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 12, 2013, to July 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within

which a trial must commence.

9. This is the second request for a continuance by stipulation and order for defendant Federico. There were four continuances made in open court.

10. This is the first continuance by stipulation and order for defendant Laney. There were four continuances made in open court.

11. This is the first continuance by stipulation and order for defendants Hourmouzus and Burnett. Previous continuances were made in open court.

12. Defendant Ibarria has entered a plea of guilty.

IT IS SO STIPULATED.

                                          Respectfully Submitted,

                                          TIM F. TUITAVUKI
Attorney at Law

Dated: June 7, 2013                        TIM F. TUITAVUKI
Attorney for Brian Federico

Dated: June 7, 2013                        BRIAN C. LEWIS
Assistant U.S. Attorney

Dated: June 7, 2013                        RUSSELL S. HUMPHREY
Attorney for Kevin Laney

Dated: June 7, 2013                        BRENT FAIRBANKS ROMNEY
Attorney for Miguel Ibarria

Dated: June 7, 2013                        TIM ALLEN PORRI
Attorney for Brandon Hourmouzus

Dated: June 7, 2013                        ROBERT JOSEPH BELES
Attorney Charles Burnett

    Status continued to Thursday, July 25, 2013 at 9:30am, specially set time.

IT IS SO ORDERED.

    June 11, 2013

DATE: ~~June 7, 2013~~

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge