UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> v. <br> **BRIAN FEDERICO**, <br> Defendant. | Case No. 12-cr-00862-YGR <br><br> **ORDER GRANTING STAY OF COLLECTION OF FINES AND FORFEITURES PENDING APPEAL** <br><br> Re: Dkt. No. 291 |

Currently pending before the Court is Defendant Brian Frederico's motion to stay collection of fines and forfeitures pending appeal. (Dkt. No. 291.) Good cause appearing, the Court **GRANTS** Defendant Frederico's motion and **STAYS** collection of the fines and forfeitures in this case pending resolution of Defendant Frederico's appeal, No. 15-10605.

During the pendency of his appeal, Defendant Frederico is prohibited from transferring or encumbering his assets in order to thwart the collection of the ordered fine, restitution, and forfeiture.

In light of this Order, the Court hereby **VACATES** the hearing on Defendant Frederico's motion currently set for September 29, 2016.

**IT IS SO ORDERED.**

Dated: September 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**