# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff**,**<br>vs.<br>**BRIAN FEDERICO,**<br>Defendant**.** | CASE NO. 12-cr-00862-YGR-2<br><br>**POST- TRIAL ORDER NO. 1: DENYING DEFENDANT'S MOTION IN LIMINE NO. 6 AS MOOT**<br><br>Re: Dkt. No. 365 |

On August 20, 2019, the Court denied in part and reserved in part defendant's Motion *in Limine* No. 6. Specifically, the Court ordered that "[t]he government may not introduce any plea agreements with co-defendant cooperating witnesses themselves as evidence of Mr. Federico's guilt." (Dkt. No. 404 at 5.) The Court further noted that "[p]arties [had] indicated an intention to consider a stipulation to address use of plea agreements and so the Court reserves as to the remainder of the motion." (*Id.*) This issue did not resurface during the course of trial. On September 17, 2019 the jury rendered a verdict. (*See* Dkt. No. 448.) Accordingly, the Court **DENIES AS MOOT** the remaining portion of defendant's Motion *in Limine* No. 6.

This Order terminates Docket Number 365.

**IT IS SO ORDERED.**

Dated:

                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**