# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIAN FEDERICO,**<br><br>Defendant. | Case No. 4:12-cr-00862-YGR-2<br><br>**ORDER CONTINUING SURRENDER DATE, VACATING HEARING DATE, AND SETTING BRIEFING SCHEDULE re: MOTION FOR RELEASE ON BAIL PENDING APPEAL**<br><br>Re: Dkt. Nos. 510, 512 |

Defendant Brian Federico filed a motion for release on bail pending appeal, in light of the ongoing coronavirus disease (COVID-19) pandemic, or, in the alternative, for a deferral of his surrender date to later this year.  (*See* Dkt. No. 510.)  In response to the motion, the Court issued a text order, stating:

> In light of the national emergency, and good cause appearing, the Court is inclined to continue Mr. Federico's surrender date by four months. Accordingly, briefing on the balance of the motion need not occur immediately. The parties shall meet and confer on a briefing schedule. Until briefing is complete, the Court will defer ruling on [510] the instant motion as to Brian Federico (2).

(Dkt. No. 512.)

Having electronically conferred with the parties, the Court **HEREBY ORDERS** as follows:

- Federico's surrender date is **CONTINUED** from April 24, 2020 to **August 24, 2020**;

- The motion hearing set for April 10, 2020 is **VACATED**;

- The government's response to the motion is due on or before **May 28, 2020**;

- Federico's reply in support of the motion is due on or before **June 11, 2020**; and

- A hearing is **SET** for **Thursday, June 25, 2020** at **2:00 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED.**

Dated: April 9, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**